IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RONALD ANDERSON, et al )
)
v. )
)   Civil Action No. 1:06-cv-01119
)
WELLS FARGO BANK OF MINNESOTA, N.A., )   Judge: RWR
ET. AL. )
)
)

To: The Clerk

## Withdrawal of NOTICE OF VOLUNTARY DISMISSAL

## WITH PREJUDICE

Plaintiffs Ronald Anderson and Aquanetta Anderson withdraws their Notice of Voluntary Dismissal of the above captioned case and any other Dismissal filed within regarding this matter.

RESPECTFULLY SUBMITTED this 3rd of January, 2007.

Ronald Anderson
Aquanetta Anderson
PO Box 70663
Washington, DC  20024

### Certificate of Service

We do hereby certify that a copy of the foregoing was mailed first class postage prepaid to the defendants and their known attorneys at their prospective address of record this 3rd day of January 2006.

RECEIVED
JAN - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
309341v.1