UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
RONALD ANDERSON, et al.,       )
                               )
         Plaintiffs,           )
                               )
    v.                         )   Civil Action No. 06-1119 (RWR)
                               )
WELLS FARGO BANK OF MINN.,     )
et al.,                        )
                               )
         Defendants.           )
_____)
```

### ORDER TO SHOW CAUSE

Plaintiffs filed this case and served defendants on June 20, 2006. The defendants have not filed an answer, yet plaintiffs have not sought an entry of default or moved for default judgment. Accordingly, it is hereby

ORDERED that on or before _March 2, 2007_, plaintiffs shall show cause in writing why this case should not be dismissed for failure to prosecute.

SIGNED this 16th day of February, 2007.

/s/
_____
RICHARD W. ROBERTS
United States District Judge