```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
                              )
RONALD ANDERSON, et al.,      )
                              )
         Plaintiffs,          )
                              )
         v.                   )    Civil Action No. 06-1119 (RWR)
                              )
WELLS FARGO BANK OF MINN.,    )
et al.,                       )
                              )
         Defendants.          )
_____)
```

## ORDER OF DISMISSAL

Plaintiffs filed this case and served defendants on June 20, 2006. The defendants have not filed an answer. On February 16, 2007, this Court issued an order to plaintiffs to show cause in writing by March 2, 2007 why this case should not be dismissed for failure to prosecute. Plaintiffs have failed to file a response to the Court's order. Accordingly, it is hereby

ORDERED that this case be, and hereby is, DISMISSED for failure to prosecute.

SIGNED this 8th day of March, 2007.

                                    _____/s/_____
                                    RICHARD W. ROBERTS
                                    United States District Judge